No. 98–8521. TRUJILLO v. LYTLE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–8557. HOLSEY v. DAVIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8564. DEBORD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8591. JONES v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–8595. JAVIER BARTA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–8597. NEWSTED v. GIBSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–8617. KILGORE v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–8622. BEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8643. FLOWAL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8658. CRUMB v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8659. BENSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8666. TORRES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–8667. ZAMARRON-CERVANTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8680. LOPEZ-MATA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8684. MCNEIL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.